UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ELIEZER,

        Plaintiff,

  v.

SAICEDO-V-HAWS et al,

        Defendant.

Case Number: CV07-05513 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elizer V. Salcedo V68919
California State Prison-Los Angeles County
44750 60th Street West
Lancaster, CA 93536-7620

Dated: March 10, 2008

                                          Richard W. Wieking, Clerk
                                          By: Anthony Bowser, Deputy Clerk