**FILED**
APR 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk

4 21 08

I want to inform the court that I have been moved from Lancaster State Prison to ICC Tehachapi State Prison SHU. I would like any other matters pertaining to my case mailed to me here. My property has been missplaced & I do not remember my case # by heart can you please send it to me again. Thank you for your time & assistance —

C07-5513 MHP

Sincerely,
Eliezer Salcedo
#V-68919

ELIEZER SAINODO V.68919
California Correctional Institution
SHU. 4B. 4B. 104. P.O. BOX 1906
TEHACHAPI, CA. 93581

$ 00.41
APR 22 2008
MAILED FROM ZIPCODE 93581K

To Clerk of the United States District Court
The Northern District of California,
450 Golden Gate Avenue, Box 36060, San Francisco
CA. 94102

SENT FROM
STATE PRISON