1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  SHARON R. WOODEN
   Deputy Attorney General
6  State Bar No. 108709
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-5966
8    Fax: (415) 703-1234
     Email: sharon.wooden@doj.ca.gov
9

10 Attorneys for Respondent

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

15 **ELIEZER SALCEDO,**                         CV 07-5513 MHP

16                          Petitioner,

17        v.

18 **F. B. HAWS,**

19                          Respondent.

20

21          **ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  SHARON R. WOODEN
   Deputy Attorney General
6  State Bar No. 108709
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-5966
8   Fax: (415) 703-1234
    Email: sharon.wooden@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ELIEZER SALCEDO,** | CV 07-5513 MHP |
| Petitioner, | **ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **F. B. HAWS,** | |
| Respondent. | |

Respondent hereby provides this answer to the order to show cause why the petition for writ of habeas corpus should not be granted:

**CUSTODY**

Petitioner is lawfully in the custody of F.B. Haws, Warden of the state prison in Lancaster, California, as a result of a judgment of conviction in San Francisco County Superior Court Case No. 185503. After he was convicted of second degree murder, four counts of attempted murder, discharging a firearm at an inhabited dwelling, and possession of a firearm by a felon, and allegations that he intentionally and personally discharged a firearm during the offense and caused great bodily injury were found true, petitioner was sentenced to serve a determinate term of 28 years followed by an indeterminate term of 40 years to life in state prison.

**GENERAL AND SPECIFIC DENIALS**

Respondent denies the state court's ruling was based on an unreasonable determination of fact or was contrary to or involved an unreasonable application of clearly established United States Supreme Court law. Respondent specifically denies that (1) petitioner was denied due process because the evidence was insufficient to support an intent to kill as to the convictions for attempted murder, and (2) petitioner was denied due process because the jury instruction on intent to kill was erroneous.

**PROCEDURAL DEFENSES**

Petitioner has exhausted his claims in state court, and his federal petition is timely.

**LODGED DOCUMENTS**

Respondent has lodged concurrently with this Answer the following exhibits: (1) state court Clerk's Transcript (4 Vols.); (2) state court Reporter's Transcript (30 Vols.); (3) opinion by the California Court of Appeal; (4) Petition for Review; (5) California Supreme Court denial of Petition for Review; (6) respondent's brief.

Respondent hereby incorporates by reference the accompanying Memorandum of Points and Authorities in support of this Answer.

**CONCLUSION**

WHEREFORE, respondent respectfully submits that the Petition for Writ of Habeas Corpus should be denied.

Dated: May 9, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Sharon R. Wooden
SHARON R. WOODEN
Deputy Attorney General

Attorneys for Respondent

SRW/srw/lls
SF2008401165
c:\dat\Wooden\Salcedo.Ans.wpd
40251994.wpd

Answer to Petition for Writ of Habeas Corpus - *Salcedo v. Haws* - CV 07-5513 MHP

3