1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  SHARON R. WOODEN
   Deputy Attorney General
6  State Bar No. 108709
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-5966
8    Fax: (415) 703-1234
     Email:  sharon.wooden@doj.ca.gov
9  Attorneys for Respondent

10               IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  **ELIEZER SALCEDO,**                        CV 07-5513 MHP

15                              Petitioner,     **NOTICE OF LODGING AND
                                                INDEX OF EXHIBITS**
16            v.

17  **F. B. HAWS,**

18                              Respondent.

19

20

21        In conjunction with respondent's answer to petitioner's petition for writ of habeas corpus,

22  respondent lodges with the Court:

23      CLERK'S TRANSCRIPT (4 Vols.)

24      REPORTER'S TRANSCRIPT (30 Vols.)

25      EXHIBIT 3    OPINION BY THE CALIFORNIA COURT OF APPEAL

26      EXHIBIT 4    PETITION FOR REVIEW

27      EXHIBIT 5    CALIFORNIA SUPREME COURT DENIAL OF PETITION FOR REVIEW

28

Notice Of Lodging And Index Of Exhibits - *Salcedo v. Haws* - CV 07-5513 MHP

1

1    EXHIBIT 6    RESPONDENT'S BRIEF

2
        Dated:  May 9, 2008
3
                                    Respectfully submitted,
4
                                    EDMUND G. BROWN JR.
5                                   Attorney General of the State of California

                                    DANE R. GILLETTE
6                                   Chief Assistant Attorney General

7                                   GERALD A. ENGLER
                                    Senior Assistant Attorney General
8
                                    PEGGY S. RUFFRA
                                    Supervising Deputy Attorney General
9

10
                                    /s/ Sharon R. Wooden
11                                  SHARON R. WOODEN
                                    Deputy Attorney General
12
                                    Attorneys for Respondent
13   SRW/lls
     SF2008401165
14   c:\dat\Wooden\Salcedo.NOL.wpd

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice Of Lodging And Index Of Exhibits - *Salcedo v. Haws* - CV 07-5513 MHP

2