C07-5513 MHP

Dear Clerk

Jun 3 08

RECEIVED
08 JUN -6 PM 2:10
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I'm informing the Court that I have been transfered from Lancaster State prison to California Correctional Institution Tehachapi. I had already notified this Court but never received a respons to let me know that your aware of my transfer. My Case # is CV. 07-5513 and my Case was filed on Oct. 30, 2007.

If you can, can you please let me know that you have received this notice and if infact, my Case was ultimately filed, being that I was given 30 days to send the $5.00 dollar filing fee, of the prison of Lancaster at the time assured me they did infact send a prison money order or check. thank you for your assistance and time...

Eliezer Salcedo

Eliezer Salcedo #V68919
California Correctional Institution
SHU. 4B.4B.104
Tehachapi, CA. 93581

US POSTAGE $00.42 PITNEY BOWES
MAILED FROM ZIP CODE 93581

To: Richard W. [Wieking]
Office of the Clerk, U.S. District
Court of California, 450 Golden Gate
Avenue, San Francisco California
94102

SENT FROM STATE PRISON

94102/3661



This envelope is sent as unprivileged, and confidential mail. If the contents do not pertain to the addressee or is not of a privileged or confidential nature, please return to:

California Correctional Institution
P.O. Box 1004
Tehachapi, California 93561
ATTENTION: Mailroom Sergeant